STATE OF NORTH CAROLINA v. GEORGE P. MUDD

No. 759SC388

(Filed 15 October 1975)

APPEAL by defendant from *Rouse, Judge.* Judgment entered 6 February 1975 in Superior Court, FRANKLIN County. Heard in the Court of Appeals 2 September 1975.

Defendant was charged with misdemeanor escape from confinement. From a plea of not guilty, the jury returned a verdict of guilty. From judgment sentencing him to a term of imprisonment, the defendant appealed.

*Attorney General Edmisten, by Special Deputy Attorney General Myron C. Banks, for the State.*

*Smith & Banks, by James W. Smith, for defendant appellant.*

State v. Good; State v. Moses

MORRIS, VAUGHN and CLARK, Judges.

The defendant failed to file any brief within the time permitted by our Rules. He has, however, filed a motion in which he candidly concedes that defendant's trial was free from prejudicial error and requests that we consider the record and award defendant a new trial if prejudicial error appears. In view of the defendant's indigency, we have considered this appeal as an exception to the judgment, presenting the face of the record for review. We have reviewed the record and find that the defendant received a fair trial free from prejudicial error.

No error.